Tremeka Davis
Vs
Donald J. Trump, et al

United States Courts
Southern District of Texas
FILED
SEP 12 2024
Nathan Ochsner, Clerk of Court

Case No. 4:24-CV-02595

Tremeka Davis have other defendanter but I have to come to the Court Appeal First They are Sitting in our body in Spirit Form using Astral Projection — is a term used in esotericism to describe an intentional out-of-body experience that assumes the existence of a subtle body, known as the astral body or body of light, through which consciousness can function separately from the physical body and travel throughout the astral plane

They are Astral spying on us and attacking us Donald J. Trump police politician personality hip hop music Satanic Sex Cult.

They have Contaminated all water drinks and Food Supplies it's Severe. Tremeka Davis

Tremeka Davis
6005 S. Gessner
Apt 1253
832 677 5391

4 Pages



 Psychology Today
https://www.psychologytoday.com › ...

## Donald Trump and His Followers: Are They a Cult?

Sep 27, 2020 — Jerrold Post and Stephanie Doucette's book Dangerous Charisma: The Political Psychology of Donald Trump and His Followers (2019) is related to ...

 New Republic
newrepublic.com

## Escape From the Trump Cult

Dec 14, 2018 — We can understand Donald Trump's rise as a civil religion giving way to its cultic expression. Con man, cult leader, populist politician: Trump ...



newrepublic.com

## Trump's Cult of Personality Takes Paranoia to the Next Level

Jan 26, 2018 — Nixon is proof that the paranoid style is most dangerous not when ...



