United States District Court
Southern District of Texas
**ENTERED**
October 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tremeka L. Davis, *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. H-24-2595 |
| Donald J. Trump, et al., *Defendants*. | § § § | |

## ORDER OF ADOPTION

On September 27, 2024, Magistrate Judge Peter Bray recommended that Plaintiff's case be dismissed for lack of subject matter jurisdiction. ECF No. 14. Plaintiff filed objections. ECF No. 15. Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on October 15, 2024.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE